# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

NOEL MAUL, on behalf of himself )
and all others similarly situated, )
                                                               )
                       Plaintiff, )
                                                               )
vs. ) Case No. CIV-12-924-M
                                                               )
AARON'S, INC., )
                                                               )
                     Defendant. )

## JUDGMENT

Pursuant to a separate order issued this same date, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this 19th day of March, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE