# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOEL MAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>5:12-CV-00924-M |

## STIPULATION OF DISMISSAL OF
## PLAINTIFF'S CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Noel Maul ("Plaintiff") stipulates to the dismissal with prejudice of Plaintiff's claims. Each party shall bear her/its own costs, expenses, and attorneys' fees.

Dated: April 8, 2013

/s/E. Adam Webb
E. Adam Webb, Esq.
Georgia Bar No. 743910
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
(770) 444-9325 (Telephone)
(770) 217-9950 (Facsimile)
Adam@WebbLLC.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing **Stipulation of Dismissal of Plaintiff's Claims with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Eric John Taylor, Esq.
Trishanda L. Treadwell, Esq.
Scott E. Zweigel, Esq.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

L. David Pomeroy, Esq.
Andrews Davis, P.C.
100 North Broadway Avenue
Suite 3300
Oklahoma City, OK 73102

s/ E. Adam Webb